PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

MAR 1 2007

Name of Offender: **Michael Jay Green**  Case Number: **1:02CR00144**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **April 18, 2003**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **37 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **November 28, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

    **1)** On August 5, 2006, Green was cited by the Cincinnati Police for Driving Under Suspension, a traffic sign violation, and a seat belt violation. Green failed to appear in court, and a capias warrant was issued. On February 20, 2007, Green was turned over to the Cincinnati Police by the Marshal Service on the warrant. The case is still pending in Hamilton County Municipal Court.

    **2)** On November 22, 2006, Green was arrested by the Cincinnati police on the charge of Possession of Marijuana (less than 200 grams).

    The complaint alleges Green was in possession of small amount of marijuana, and admitted to the officer it was his. However, Green disputes any admission to the marijuana, and stated he was walking down the street as a drug raid occurred. He stated he was placed detained by the police, and marijuana was found on the ground near where he and others were being detained. Green failed to appear in court on this case, and a capias warrant was issued. He was taken into custody by the Marshal Service and turned over to the Cincinnati police. The case is still pending in Hamilton County Municipal Court, and Green was released on bond with electronic monitoring.

PROB 12A
(12/98)

2

    **#2**    **Condition #2: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;**

Green failed to report for the months of December 2006, January, and February 2007 as required. He finally responded to a letter requiring him to report or action would be taken in late February 2007, and reported on February 20, 2007 as required.

    **#3**    **Condition #11: You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;**

On November 22, 2006, Green was arrested by the Cincinnati Police on the charge of Possession of Marijuana. Green failed to notify this officer of the contact with law enforcement within three days as required.

**U.S. Probation Officer Action:**

This officer spoke with Green at the February 20, 2007 meeting and attempted to establish boundaries to get him back on track. Green admitted to drug usage while he was not reporting which was confirmed by a positive drug test on February 22, 2007. He was released on bond with electronic monitoring, and contesting the drug charge. This officer intends to pursue some form of sanctioning, but would like for the new criminal charge to be resolved before any sanction is instituted.

Based on the denial of the new criminal charge, this officer is respectfully recommending no action be taken at this time to allow for the charge to be prosecuted.

Respectfully submitted,        Approved,

by _____    by _____
Robert C. Frommeyer Jr.        John Cole
Senior U. S. Probation Officer    Supervising U. S. Probation Officer
Date:    February 27, 2007    Date:    February 27, 2007



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

March 2, 2007
Date