PROB 12A
(12/98)

# United States District Court

for

APR 1 3 2007

### Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Michael Jay Green**          Case Number: **CR-1-02-144**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **April 18, 2003**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **37 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **November 28, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |
| | On March 27, 2007, Green was arrested by the Cincinnati police on charges of Criminal Damaging and Assault. The charges are still pending in Hamilton County Municipal Court. Green is in custody at the Hamilton County Justice Center as a result of his bond from a previous charge that was still pending being revoked. Green had been on electronic monitoring services as a stipulation of the bond. |
| | The complaints allege, on March 27, 2007, Green slapped, pushed, and choked his girlfriend, Monica Henderson. Green then threw his girlfriend's cell phone against the wall of their apartment, which caused it to break. |

**U.S. Probation Officer Action:**

This officer conducted a routine record check and discovered the new charges. This officer recently advised the Court of other pending charges involving Possession of Marijuana and Driving Under Suspension. Those charges are still pending. Green is in custody, and will likely be until all of the charges are adjudicated.

This officer spoke with Monica Henderson, who reported that they were arguing, and she left the apartment to go pick up her son from school. Green followed her to the school, and they continued to argue. He slapped her and pushed her. She fell to the ground. She got up and tried to leave the area, but Green again followed her. He then grabbed her shirt from behind, which caused her to stumble and scrap her foot due to wearing high heel shoes. She got up again and he pushed her against a wall and choked her, but Green's friend, who was also there grabbed Green and got him off of Henderson and tried to calm Green down. Henderson left and called the police. But again, Green followed her home. They argued again, so he threw her cell phone

PROB 12A
(12/98)

2

against the wall in the apartment causing it to break. She called the police a second time, and then called Green's mother and told her what happened. Green's mother tried to calm Green down, then the police arrived and arrested Green.

Henderson indicated she did not want Green to be arrested, but only to have him leave. She stated she was initially mad at Green, but now has no plans of showing up for court. She stated Green needs anger management and a job. Henderson stated Green was in an anger management program at the Genesis program, and was doing well. Their relationship was improving tremendously, but he was not allowed to continue the program by the Electronic Monitoring Unit of Hamilton County, and was struggling trying to find employment with only being able to go out one day per week to look for a job. This officer did refer Green to the Urban League and the Community Action Agency for pre-employment preparation classes and job placement. This officer spoke with the Electronic Monitoring Officer about the placements, which the officer stated he would approve if verification was provided by Green. This officer is uncertain of where the verification process stood at the time of the new arrest.

Based on the circumstances, this officer is respectfully recommending no action be taken at this time to allow for the charges to be prosecuted. This officer will inform the Court of the outcomes when available.

Respectfully submitted,                    Approved,

by
Robert C. Frommeyer Jr.                    John Cole
U.S. Probation Officer                     Supervising U. S. Probation Officer
Date:    April 11, 2007                    Date: 4/12/07

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Susan J. Dlott
Signature of Judicial Officer

April 15, 2007
Date