PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Michael Jay Green**                Case Number: **CR 1-02-144**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **April 18, 2003**

MAR 1 0 2008

Original Offense: **Felon in Possession of Firearm**

Original Sentence: **37 months in prison, 36 months of supervised release**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **November 28, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On February 27, 2008, Green was arrested and charged with Possession of Marijuana. According to the Complaint filed in Hamilton County Municipal Court, Green possessed less than 200 grams of marijuana on February 27, 2008. Green is scheduled to appear in Court on this charge on March 19, 2008. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken until the pending charge is resolved.**

Respectfully submitted,                    Approved,

by  *[signature]*                          by  *[signature]*

**Mark R. Grawe**                          **John C. Cole**
U. S. Probation Officer                    Supervising U. S. Probation Officer
Date:    **March 4, 2008**                 Date:    **March 4, 2008**

[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

*March 11, 2008*
Date